IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 05-cv-01649-PSF-BNB

BENSON CHEE,

    Plaintiff,

v.

UNION PACIFIC RAILROAD COMPANY,

    Defendant

## ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS MATTER having come before the Court upon the plaintiff's Notice of Voluntary Dismissal Without Prejudice (Dkt. # 4), and the Court having reviewed the file and being otherwise fully advised in the premises, it is hereby

ORDERED that the above matter is DISMISSED WITHOUT PREJUDICE.

DATED: November 2, 2005

                BY THE COURT:

                *s/ Phillip S. Figa*
                _____
                Phillip S. Figa
                United States District Judge